## Pittsburgh et al., Appellants, *v.* University of Pittsburgh.

Argued April 14, 1966. *Regis C. Nairn,* Assistant City Solicitor, with him *Louis Dadowski,* First Assistant City Solicitor, for appellants; *Charles Covert Arensberg,* with him *Patterson, Crawford, Arensberg & Dunn,* for appellees.

Order affirmed.

WATKINS, J., absent.

## Roiz et al., Appellants, *v.* Woolstrum.

Argued April 11, 1966. *Paul D. Shafer, Jr.,* with him *Thomas, Shafer, Walker, Dornhaffer & Swick,* for appellants; *Paul E. Allen,* with him *Stuart A. Culbertson,* for appellee.

Order affirmed.

HOFFMAN, J., would grant a new trial.

WATKINS, J., absent.